# EXHIBIT 3

Sep 20 11 01:19p     Shawn Becker                                                         p.1

Bank + Brokerages    9/20/11

Active Charles Schwab - Acct. ▮▮▮▮8559 Grace Consulting
inactive never used   "       Acct. ▮▮▮▮-8951 Shawn Becker
Never used  "         "       Acct# ▮▮▮▮-3457 New Vision
never used. Schwab checking   Acct# ▮▮▮▮3962 - Grace Consulting

Bank Accts: ▮▮▮▮5977 - First National Bank of Omaha
            ▮▮▮▮0751 - UMB Financial Corp.

To: Renee / Art Fillmore
From: Shawn Becker



EXHIBIT
15
D-03211

SB0000516

Brokerage Accounts                                          9/29/11

Ameritrade: - Grace Consulting - ▮▮4190 (POA)
            - Michelle Tidball - ▮4318 (POA)
            - Shawn Becker - ▮▮9689 - No Activity
            - Don't Think I opened New Vision At T.D (Can't Find one)

ETrade:     - Michelle L Tidball - ▮8635 (POA)
            - New Vision - ▮-5348 (never used)
            - Shawn Becker - ▮8068 (never used)

Scottrade:  ▮9561/New ▮0845 Grace Consulting
            - Michelle Tidball - ▮1923/New ▮8597
            - New Vision - ▮1826 - Never used
            - Shawn Becker - ▮7877 - never used.

Schwab:     - Grace Consulting - ▮-8559 (Active)
            - New Vision - ▮-3457 - (Not used)
            - Shawn Becker - ▮-8951 (Not used)
            - Shawn Becker Checking - ▮-3962 (not used)

To: Art Fillmore
From: Shawn Becker

SB0000514