June 6, 2019

To:         Honorable Stanley R. Chesler, U.S.D.J.
            United States District Court
            50 Walnut Street, Newark, NJ 07102

From:       Shawn Becker

Subject:    Shawn Becker's response to SEC motion
            SEC S.Paul Kelley, et als.
            Civil number: 2:14-CV-02827-SRC-CLW

            Your Honor I am representing myself in this case, pro se and that Kevin Russell and Arthur Fillmore do not represent me. Any questions, you can reach me, Shawn Becker at:

            8002 W 129 Terrace
            Overland Park KS 66213
            816-536-6930

June 6, 2019

Subject:     SEC Shawn Becker Response

Your Honor,

    I am writing my answer to the motion filed by the SEC myself as I do not have enough to pay a lawyer and owe my past attorney tens of thousands of dollars, and I am on the brink of bankruptcy. I came out of the situation with the Kelly Group with nothing left. I haven't made enough to support myself for 6 1/2 and had to borrow money every year, I showed the SEC at the Debtors exam. I've cut my bills tremendously from what they were. I still don't make enough money to make ends meet. If it wasn't for friends and family loaning me money I wouldn't have made it this far. My income what little it was has basically run out and my borrowing abilities almost gone because I have no income and no assets for collateral for any loan. I have no savings, IRA, 401K or any assets of any kind and I'm 1.7 million dollars in debt. If I couldn't borrow money from my 81 year old father lately I would starve and not have any money to take care of my special needs child who is 16 and my 1 year old who has no mother presently that live with me. I have many extra expenses due to my children. I am embarrassed that I am 60 years old with no assets or retirement, no college or any other skills. There is no job that I could get at my age to pay the 5 million dollars the SEC wants plus the 1.7 million I owe people. I would have to make 13 million pre taxes to pay it and that's not going to happen. I haven't made that much in my whole life and if I have a 5 million dollar judgement against me no one will hire me or remotely want to lend me funds to even live. As of the last 3 months, I've produced no income and borrowed money from my 81 year old father. I live month to month. Due to my health problems, I can barely work or go anywhere, I suffer from vertigo, high blood pressure, stomach problems, heart problems, anxiety, depression, sleep deprivation, sleep apnea, fluid retention, and shoulder problems. I can barely walk due to major back problems that require an all-day operation the in the hospital for two weeks, six months to a year in rehab, which I keep putting off because I have no savings or income to support myself and my kids, but soon will have no choice. I will be unable to walk, and have to have the surgery. For 6 ½ years I have been in a down-hill spiral, to where I'm at the worst point in my life money and health wise. Things have gotten worse since my last meeting with the SEC. I don't have the means or the health to support myself and pay the 5 million dollar judgement and the 1.7 million I owe people and creditors, nor can I borrow it. Even if I could pay 100 thousand per year, it would take me 130 years to make enough to pay everyone and that doesn't include taking care of myself and my special needs child and one year old. With all my health problems I won't live that long and I don't have it in me anymore to make that kind of money. All I want to do is make enough to take care of my kids and survive as long as I can.  ˙ placing a    . judgement on me will pretty much put me in the street and serve no purpose but to hurt my ability to survive and take

care of my kids which have nobody but me. I don't know how much more I can hold on and continue to pay our bills with no skills, no money or assets, 1.7 million dollars in debt, no retirement, and health problems. All of which are putting me in jeopardy of taking care of my kids and facing a 5 million dollar judgement that will do me in. I was never a part of the Kelley Group I was used by the Kelley Group and regret ever doing business with them. I was very naive to what they were doing. I was pushed by them to do things being assured the whole time it was alright. I would be very appreciative and so would my kids and family not to place a 5 million dollar judgement on us. I am sorry for what happened and I have learned my lesson and will never do it again. Things are not getting better. I just want the chance to live out the rest of my life hopefully making enough to take care of my kids and ailing father. I can verify all of this including health problems and all the SEC has all documents showing income, credit reports, and financial statements from Debtors exam. I would be happy to provide any other information.

Thank you for your consideration.

Sincerely

*[signature]*
Shawn Becker    6/6/19

P.S. I will be the only one that can take care of my special needs 16yr old who will need help her entire life AND I will be the only one raising my 1 yr old child. Until I die. With my congestive heart failure I worry every day on how I'm going to take care of my children going forward + support them financially