**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
STATEMENT OF FINANCIAL CONDITION OF
Shawn Becker**

Exibit 1

I.  **Statement of Assets and Liabilities as of** _____:

A.  **Assets:**

List all assets owned by you, your spouse, or any other member of your household, directly or indirectly, and all assets which are subject to your or your spouse's possession, enjoyment, or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the. categories indicated below.

| # | Item | Value |
|---|---|---|
| 1. | Cash | 641.00 |
| 2. | Cash Surrender Value of Insurance | -0- |
| 3. | Accounts Receivable | -0- |
| 4. | Loans or Notes Receivable | -0- |
| 5. | Real Estate | -0- |
| 6. | Furniture and Household Goods | 3000.00 |
| 7. | Automobiles | -0- |
| 8. | Securities | -0- |
| 9. | Partnership Interests | -0- |
| 10. | Net Value of Ownership Interest in Business | -0- |
| 11. | Individual Retirement Accounts (IRAs) | -0- |
| 12. | Keogh Accounts or Plans | -0- |
| 13. | 401(k) Accounts or Plans | -0- |
| 14. | Other Pension Assets | -0- |
| 15. | Annuities | -0- |
| 16. | Prepaid Expenses or Liabilities | -0- |
| 17. | Credit Balances on Credit Cards | -0- |
| 18. | Other (Itemize) | -0- |
| 19. | _____ | \_\_\_\_ |
| 20. | _____ | \_\_\_\_ |

**Total Assets**     3,641.00

B.  **Liabilities:**

List all liabilities, including but not limited to the items listed below.

| | | |
|---|---|---|
| 1. | Mortgages | |
| 2. | Auto Loans | |
| 3. | Credit Card Debt | 40K |
| 4. | Loans on Insurance Policies | |
| 5. | Installment Loans | 30K |
| 6. | Other Loans or Notes Payable PERSONAL | 1,650,000 |
| 7. | Accrued Real Estate Taxes | 9K |
| 8. | Judgments/Settlements Owed | |
| 9. | Other (Itemize): | |
| 10. | _____ | |
| 11. | _____ | |

---

|  |  |  |
|---|---|---|
|  | Total Liabilities | 1,729,000 |
| C. | Net Worth (Assets Minus Liabilities) | -1,725,359 |

See Attached: Exibit 1
Most ALL money borrow LAST 3½ years were from Jim Becker, Ty Sission, Kent Filbrun Glen Landes, Randy Phillips - Approx: 550K

2

D. For each asset with a fair market value of greater than $1000, describe the asset, state the form of ownership ( *e.g., individual, joint, beneficial interest*), provide a fair market value and explain how fair market value was determined (*e.g., appraisal, comparison, estimate, etc.*).

N/A

E. For each liability, indicate the date incurred; the original amount of the liability; the length of the obligation; the interest rate, the collateral or security; if any, who is responsible for the obligation; the outstanding balance; the name(s) and address(es) of all obligee(s); and your relationship (if any) to each creditor.

15 Personal Loans Accrued from 2012 to Date SEE Attached & intrest Rate varies per person

Realestate Taxes on Time Shares 2016 to Present

Credit cards closed 40k @ 23% 2011 to 2013

3

F.  List all securities or commodities brokerage accounts and accounts at banks or other financial institutions in your name; under your control; in which you have or had a beneficial interest; or to which you are or were a signatory since June 1, 2015. For each account, specify the location of the account, account number and balance in cash or securities.

**NONE**

G.  List any 401(k) plans, pension plans, Keogh plans, individual retirement accounts, profit sharing plans, thrift plans, life insurance policies or annuities, in which you have an interest, vested or otherwise. For each account or plan, specify the account name, the location of the account, account number and balance, and the terms of withdrawal or loan options.

**NONE**

H.  List all credit cards or lines of credit in your name or to which you are a signatory, including the name of the credit issuer, account number, credit limit, and amount of indebtedness.

**NONE**
**ALL CLOSED OR IN Collection**
**SEE Credit Report**

4

**II. Cash Flow Information**

   **A. Income/Receipts**

   List all money or other income received from any source on a monthly basis by you, your spouse, or any other member of your household, identifying the source, recipient, and amount. For any income received on a basis other than monthly, convert to a monthly basis for the purposes of this statement.

| Description | Source | Amount |
|---|---|---|
| 1. Salary/Wages | | -0- |
| 2. Commissions/Advances | | -0- |
| 3. Consulting Fees | Private Cos | 8,273 preTax |
| 4. Dividends | | -0- |
| 5. Interest | | -0- |
| 6. Annuities | | -0- |
| 7. Pensions | | -0- |
| 8. Rents/Royalties | | -0- |
| 9. Sales of Assets (Net) | | -0- |
| 10. Repayment of Loans | | -0- |
| 11. Payments on obligations made on your behalf by others | | -0- |
| 12. Fringe Benefits (e.g., car) | | -0- |
| 13. Alimony/Child Support | | -0- |
| 14. Gifts/Bonuses | | -0- |
| 15. Other (Itemize) | | -0- |
| 16. | | 8,273.00 preTax |

**Total Receipts**

5

B. **Expenses/Disbursements**

List all monthly expenditures for whatever purpose for you or your household for the past 12 months, identifying the purpose and the amount, including projected expenses. For any expenditure which varies from month to month, indicate a range of amounts and the average amount on a monthly basis.

| # | Description | Amount |
|---|---|---|
| 1. | Mortgage/Rent | 3075 |
| 2. | Food | 1000 |
| 3. | Utilities | 1000 |
| 4. | Payment on Loans | 950 |
| 5. | Real Estate Taxes | — |
| 6. | Insurance Premiums **med + CAR** | 1700 |
| 7. | Medical Expenses **Scripts + Copays** | 650 |
| 8. | Automobile Expenses **Brother & Fiancés** | 1600 |
| 9. | Alimony/Child Support | 2600 Emma / 800 Bella |
| 10. | Income Taxes  *Childcare & food for 6 mo old baby* | — |
| 11. | Other Expenses (Itemize) | — |
| 12. | **Cell Phone 4 people 500⁰⁰** | 500 |
| 13. | **Fiance's Legal, Phone, Food Jail 1500** | 1500 Will Fall off Soon |
| 14. | **Yard + house 250** | 250 |
| 15. | **Biz Exp: 2500 (1000 misc) for Business Developement mostly Taking out Potential clients** | 3500 |

Total Expenses/Disbursements  19,125⁰⁰*

*If you anticipate unusual expenses in the coming 12 months, please describe them.

6

III. Other Information

    A.    List any disbursement having a value of $1000 or more, made on your behalf, or on behalf of your spouse or children, by any other person or entity since June 1, 2015, the amount of the disbursement, and the name and address of the person or entity who made the disbursement.

            2000.00 for Sons Living Expenses

    B.    List all transfers of cash in an amount of $1000 or more, or assets or property with a cost or fair market value of $1000 or more, made by you since June 1, 2015, and, if applicable, identify the value of the asset, the consideration received, and the relationship of the transferror to the transferee, or indicate that no such transfers have been made.

            NONE

7

C. Identify any financial institution accounts (other than those identified in Item I.F. above) in which you have deposited more than $1000 since June 1, 2015, or indicate that no such deposits have been made.

**UMB BANK**

D. List all dependents, their ages, and whether or not they reside with you.

Grace Becker 27
Jack Becker 23
Emma Becker 15 - Reside part time
Bella Becker 6mo - 11    11    11

E. Attach federal income tax returns filed by you or on your behalf (including personal, trust, or business returns) during the years 2015 through 2017. **2015 No Income, 1/16 to 5/16 No Income Have to prepare Return for part of 2016 All of 2017**

F. Attach any federal gift tax returns filed by you or your spouse during the years 2015 through 2017. **NONE**

G. Attach any financial statement which the declarant has prepared during the years 2015 through 2017 for any purpose (e.g., such as a financial statement provided to a bank to secure a loan). **NONE**

H. Attach copies of documents evidencing all outstanding loans for which you or your spouse is either a lender or borrower. **Mostly Verbal Loans    NONE - Submitted Letters Last Debt Exam**

I. Attach copies of all securities, commodities, bank, or other financial institution account statements for the past 12 months in your or your spouse's name, under your or your spouse's control, or in which you or your spouse has a beneficial interest. **NONE**

8

Under penalties of perjury, I declare that I have examined the information given in this statement, and attached hereto, and, to the best of my knowledge and belief, it is true, correct, and complete. I further declare that I have no assets, owned either directly or indirectly, or income of any nature other than as shown in, or attached to, this statement. I understand that any material misstatements or omissions made by me herein or in any attachments hereto may constitute criminal violations, punishable under 18 U.S.C. 1001.

_____ 12/3/18
SHAWN BECKER                  Date

Sworn before me this _3_ day of _December_, 2018.

_____
Notary Public

KEREN TANCO
Notary Public - State of Kansas
My Commission Expires Aug 2, 2022

9

Exibit 1

Debts Owed
2012 to present

| Name | Amount | |
|---|---|---|
| Ty Sisson | 699,000 | AS of 5/31 |
| Jim Becker | 550,000 | 588,000 |
| Linda Becker | 20,000 | |
| Kent Filbrun | 220,000 | |
| Randy Phillips | 33,000 | |
| Art Filmore (Lawyer) | 25,000 | |
| Mark Cibrowski | 5,000 | |
| Randy Kane | 700 | |
| Joe Cooper | 5000 | |
| John Grobe | 25,000 | |
| Mike Dwyer (Lawyer) | 11,000 | |
| Ernie Els (Lawyer) | 10,000 | |
| Glen Landes | 15,000 | |
| Rhonda + Scott McMhillen | 15,000 | |
| TOTAL | 1,638,700 | |
| Jim Ocallaghan | 10,000 | |
| | 38,000 | ADD AS of 5/31 |

0714 (6/15 to 10/18) Statement Total - 866,704 ÷ 43 = 20,155 per mo Borrowed+Income

   *   Income Pre Tax - 355,768 ÷ 43 = 8,273 per mo. PRETAX
       Borrowed or Inheritance - 510,936 ÷ 43 = 11,882 per month Borrowed
       Inheritance 38,000

Didn't Start making money until 5/16. Borrowed money before that & had to borrow money Every month from 6/15 to Present; Presently Running out of Income & Places to borrow As I have no Assets to borrow Against period.