Exhibit 2

12/5/201[?]

Dear Ms. Hughes SEC

I Truly Appreciate the opportunity to Revisit my Financial Situation which has been horrible Since basically 2013 to date. As I have had to borrow money from Friend And family this whole Time to the tune of 1.7 million dollars over that time period.

I Am Emmbarrased At 59 yrs old that I have to borrow money from people because I have No Assets what so ever to Support myself. Nothing Saved, No Stock in Anything, No 401ks or IRAs Absolutely Nothing but what little cash I have in the bank And I Live month to Mouth. My Income does Not Support Everyone I have to take Care, Thats why I have to borrow money Every month. I have many health issues that I Need At Least 3 Surguries to fix hopefully what I have including major back Surgery that will put me out for At Least 6 months, I dont have the resources to take off for that Length of Time. I currently Also take care of A 6mo old baby + A handicapped 15 yr old mostly by myself which requires A lot of Time + money. This Along with my health problems Are Making it hard to make enough money to Support myself + kids And develope A Business Doing Something.

I dont Even know how Im going to Pay back the people I owe. Im 59 with No College degree AND NO other Skills AND health problems that the Doctors cant figure out So far AND Im going paralized from the WAiST down from back issues AND have to take multiple Drugs AND Take Care of Two Kids. I borrow more then I make. My Ability to make or borrow more is becoming increasingly more difficult Every day. All I WANt in my Life is to be healthy AND be Able to make enough to take care of my kids. Im past the point in myLife where I care About making Large Amounts of money Life has kind of defeated me! Im very Sorry for what happened with the Kelly Group. Im A Good Person + honest AND have Never tried to Screw Anyone. Im A very trusting person AND WAS Nieve to what they were doing AND much of what I did WAS Unintentional. I was in A Good Place in my Life until they came Along. I feel used by them + Regret Ever Meeting them! Im being very honest with you on my Situation AND hope you will Consider Letting me get on with my Life I dont Do Anything for myself I Just want to be healthy AND be Able to take care of my Kids.

I'm not making this up to get out of this. These are absolutly the the true facts. I wish it wasn't the case and none of this had ever happened but this is the way it is for me now. Its very depressing. Again I Appreciate you looking at my situation again and if you need any proof of anything I have told you I will be happy to provide you with it.

Sincerely,

[signature]