KEVIN J. RUSSELL, ESQ., LLC
ATTORNEY AT LAW
921 Summit Avenue
Jersey City, New Jersey 07307

Phone No:   (201) 360-3776                                kevin@krussellesq.com
Fax No:     (201) 360-3741

May 10, 2019

**Via ECF**
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

RE:   **Securities and Exchange Commission v. S. Paul Kelley, et als.**
      **Civil No: 2:14-cv-02827-SRC-CLW**

Dear Judge Chesler:

    I am serving as local counsel for Arthur Fillmore, II, Esq. of the AEGIS Law Firm in Kansas City, Missouri. We are representing Shawn Becker in the above matter.

    Plaintiff has filed a motion for remedies returnable on May 20, 2019. (My letter sent early today, Docket Entry No. 39 noted June 3, 2019 as the motion day.) Defendant Shawn Becker is ill and Arthur Fillmore, II, Esq. in Missouri has not been able to meet with him to discuss the matter and prepare a response. Therefore, we request a 30 day extension until June 10, 2019 to file our opposition to the motion and request the motion be carried until July 1, 2019. Arthur Fillmore, II, Esq. has obtained the consent of the Plaintiff.

    If you have any questions, or require additional information, please do not hesitate to contact me. Thank you for your consideration with this request.

Respectfully submitted,

By: _____
Kevin J. Russell

KJR:pm
cc:   Nicholas Heinke, Esq. (Via ECF)
      Leslie J. Hughes, Esq. (Via ECF)
      Arthur Fillmore, II, Esq. (Via e-mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Civil No. 2:14-cv-02827-SRC-CLW |
| Plaintiff, | : : | |
| v. | : : | Hon. Stanley R. Chesler, U.S.D.J. Hon. Cathy L. Waldor, U.S.M.J. |
| S. PAUL KELLEY, GEORGE TAZBAZ, ROGER D. LOCKHART, ROBERT S. AGRIOGIANIS, and SHAWN A. BECKER, | : : : : : | **Motion Day: June 3, 2019** |
| Defendants. | : | |

### NOTICE OF MOTION FOR REMEDIES AGAINST DEFENDANT SHAWN A. BECKER

PLEASE TAKE NOTICE that Plaintiff United States Securities and Exchange Commission ("SEC") will move before the Honorable Stanley R. Chesler, U.S.D.J., on June 3, 2019, for an Order setting remedies and for final judgment against Defendant Shawn A. Becker. The SEC and Becker previously reached a settlement in this matter in which Becker consented to the entry of permanent injunctions and a bar from participating in any offering of penny stock, waived trial of this matter, and agreed that the issue of monetary remedies would be resolved at a later date. [Dkt. # 31; see also Dkt. # 33.] In his consent, Becker "agree[d] that the Court shall order disgorgement of ill-gotten gains, prejudgment interest thereon, and a civil penalty," but that "the amounts of the disgorgement

and civil penalty shall be determined by the Court upon motion of the" SEC. [Dkt. # 31-1 ¶ 3; see also Dkt. # 33 at VIII.] The SEC and Becker have been unable to reach any further settlement in this matter, and therefore the SEC is filing the instant Motion, along with a brief in support of the Motion and a proposed Order.

DATED: April 16, 2019.

                              Respectfully submitted,

                              /s/ Nicholas Heinke
                              Leslie J. Hughes, Colo. Bar No. 15043
                              Nicholas Heinke, Colo. Bar No. 38738
                              *Counsel for Plaintiff*
                              U.S. SECURITIES AND EXCHANGE COMMISSION
                              1961 Stout Street, Suite 1700
                              Denver, CO  80294-1961
                              Telephone:  (303) 844-1000
                              Fax:            (303) 297-3529
                              Emails:      HughesLJ@sec.gov
                                                HeinkeN@sec.gov

Case 2:14-cv-02827-SRC-CLW   Document 42-4   Filed 06/10/19   Page 4 of 4 PageID: 458

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:14-cv-02827-SRC-CLW |
| S. Paul Kelley, George Tazbaz, Roger D. Lockhart, Robert S. Agriogianis, and Shawn A Becker | ) ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Shawn A. Becker

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Aegis, Livestock Exchange Building, 1600 Genessee Street, Suite 460, Kansas City, MO 64102 | Date and Time: 03/19/2019 8:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/14/2019

*CLERK OF COURT*

OR

_____           Nicholas Heinke
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Securities and Exchange Commission, Plaintiff , who issues or requests this subpoena, are:

Nicolas Heinke, SEC, 1961 Stout Street, #1700, Denver, CO 80294, Phone: 303-844-1000, Email: heinken@sec.gov

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).