FedEx shipping label:

ORIGIN ID:IXDA (816) 536-6930
SHAWN MCBECKER
8002 W 129TH TER
OVERLAND PARK, KS 66213
UNITED STATES US

SHIP DATE: 08JUN19
ACTWGT: 0.70 LB
CAD: 6991350/SSF02002

BILL CREDIT CARD

TO: JUDGE STANLEY R. CHESLER USDJ
UNITED STATES DISTRICT COURT
50 WALNUT STREET
NEWARK NJ 07102
(816) 536-6930

FedEx Express

MON – 10 JUN 3:00P
STANDARD OVERNIGHT

TRK# 7877 6042 0980

XA VAKA

07102
NJ-US EWR

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed se
For shipping terms and conditions and our limits of liability, refer
applicable FedEx Express shipping document, the current FedEx
Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and
locations, go to **fedex.com**, or contact your nearest FedEx loca

© 2018 FedEx  REV 3/18

...nects the world in responsible and resource
...**fedex.com**. Join our efforts by recycling this F

Express