2:14 CV-02827-SRC-CLW

Exibit 1

Debts Owed
2012 to present

| | | As of 7/31/19 |
|---|---|---|
| Ty Sisson | 699,000 | |
| Jim Becker | 550,000 | + 40K |
| Linda Becker | 20,000 | |
| Kent Filbrun | 220,000 | + 5K |
| Randy Phillips | 33,000 | |
| Art Filmore (Lawyer) | 25,000 | + 25K |
| Mark Cibrowski | 5,000 | |
| Randy Kane | 700 | |
| Joe Cooper | 5000 | |
| John Grobe | 25,000 | |
| Mike Dwyer (Lawyer) | 11,000 | |
| Ernie Els (Lawyer) | 10,000 | |
| Glen Landes | 15,000 | + 4K |
| Rhonda + Scott McMhillen | 15,000 | |
| TOTAL | 1,638,700 | |
| Jim Ocallaghan | 10,000 | |

(* All These can Be Verified
I Attached Two that I had)

As of 7/31
1,732,700

# FAX COVER SHEET

Tryon N. Sisson
1279 Westwind Circle
Westlake Village, CA 91361

Phone: (805) 379-3151
FAX: (805) 379-4145

(Exhibit D)



DATE: DECEMBER 19, 2017

TO: SHAWN A. BECKER
VIA FAX (913) 387-4477

NO. OF PAGES TO FOLLOW: FOUR (4)

NOTES: RE: LOANS I HAVE MADE TO YOU.

SHAWN, FOLLOWING IS AN ACCOUNTING OF THE NUMEROUS LOANS I HAVE MADE TO YOU BEGINNING ON JULY 15, 2011. PLEASE INITIAL EVERY PAGE AND SIGN AT THE BOTTOM OF PAGE (4) APPROVING AND ACKNOWLEDGING THE TOTAL AMOUNT YOU OWE ME WHICH IS ALL DUE AND PAYABLE ON JAN. 1, 2018.

Tryon N. Sisson 12/19/2017

IF YOU HAVE ANY TROUBLE RECEIVING THIS FAX, PLEASE CALL (805) 379-3151

LOAN STATEMENT AS OF DECEMBER 18, 2017

SHAWN A. BECKER OWES TO TRYON N. SISSON THE FOLLOWING AMOUNT OF MONEY FOR LOANS TRYON N. SISSON MADE TO SHAWN A. BECKER.

LOANS BEGAN JULY 15, 2011

| | |
|---|---|
| JULY 15, 2011 | $ 75,000 |
| AUGUST 5, 2011 | $ 25,000 |
| SEPT. 5, 2011 | $ 35,000 |
| SEPT. 28, 2011 | $ 65,000 |
| NOV. 1, 2011 | $ 50,000 |
| NOV. 30, 2011 | $ 65,000 |
| DEC. 14, 2011 | $ 50,000 |
| FEB. 28, 2012 | $ 50,000 |

| Date | Amount |
|---|---|
| APRIL 5, 2012 | $20,000 110,000 SHARES STRONGBOW *NOT A LOAN |
| MAY 9, 2012 | $25,000 |
| JUNE 5, 2012 | $25,000 |
| AUG. 4, 2012 | $25,000 |
| AUG. 28, 2012 | $15,000 |
| JUNE 14, 2013 | $20,000 |
| JULY 16, 2013 | $50,000 * THIS LOAN PAID BACK |
| AUGUST 23, 2013 | $50,000 |
| DEC. 15, 2014 | $50,000 |
| MARCH 8, 2017 | $5,000 |
| MARCH 31, 2017 | $6,000 |
| MAY 23, 2017 | $14,000 |
| JULY 15, 2017 | $10,000 |
| SEPT. 11, 2017 | $3,000 |

*TOTAL LOANS $663,000*

(2)

# FLORIDA CONDO DEAL

OUT OF POCKET CONDO EXPENSES:

| | |
|---|---|
| CASH DEPOSIT TO CLOSE ESCROW | $ 54,000 |
| APPRAISAL FEE | $ 600 |
| LOAN FEE | $ 2,000 |
| UTILITIES | $ 139 |
| MAILINGS/MISC. | $ 358 |
| CONDO. ASSOC. FEES | $ 11,522 |
| MORTGAGE PAYMENTS | $ 61,500 |
| MONEY WIRES | $ 540 |

TOTAL OUT OF POCKET CONDO EXPENSES: $ 130,659

TOTAL LOANS AND OUT OF POCKET CONDO EXPENSES:

$ 793,659

JB
AM

TOTAL LOANS AND
OUT OF POCKE CONDO EXP: $ 793,659

CONDO PROFIT FEE: $ 100,000

LOAN AGREEMENT
ORIGINAL FEE $ 150,000

PURE PLAY MUSIC
LOSS (GUARANTEED (RECOVERY BY BECKER) $ 100,000

GRAND TOTAL
OWED TO SISSON $ 1,143,659

LESS CONDO SALE
PROCEEDS TO BECKER $ 444,346

* TOTAL CASH OWED
TO SISSON $ 699,313.00
BY BECKER
DUE AND PAYABLE -
ON JAN. 1, 2018

ACKNOWLEDGED, APPROVED, AGREED TO
× [signature] DATE: 12/28/17
SHAWN A. BECKER

(4) × Tryon N. Sisson DATE: 12/18/2017.
TRYON N. SISSON

John M. Groebe Company
P O Box 26824
Overland Park KS 66225-6824
913.317-0131

VALLEY VIEW STATE BANK
OVERLAND PARK, KS 66212
83-135/1010

3490

6-19-2015

Pay to the Order of SHAWN BECKER $ 2,000.00

Two thousand Dollars

Memo: Loan

⑈003490⑈ ⑆101001351⑆ 043257⑈

John M. Groebe Company

3490

Total Loan to Shawn Becker
with this 2,000.00 = 25,000.00

SHAWN BECKER

x [signature] 6/19/2015