FedEx Express shipping label

ORIGIN ID:IXDA (816) 536-6930
SHAWN ALLAN BECKER
8002 W 129TH TER
OVERLAND PARK, KS 66213
UNITED STATES US

SHIP DATE: 03AUG19
ACTWGT: 0.40 LB
CAD: 6991351/SSF02002

BILL CREDIT CARD

TO: JUDGE STANLEY R CHESLER
USDJ ATTN CLERKS OFFICE
50 WALNUT ST
NEWARK NJ 07102
(816) 536-6930

MON – 05 AUG 10:30A
PRIORITY OVERNIGHT

07102
NJ-US  EWR

TRK# 7888 8508 9091  0201

XA VAKA