IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

SECURITIES AND EXCHANGE     :
COMMISSION,     :     Civil No. 2:14-cv-02827-SRC-CLW
    :
           Plaintiff,     :
v.     :
    :
S. PAUL KELLEY,     :
GEORGE TAZBAZ,     :
ROGER D. LOCKHART,     :
ROBERT S. AGRIOGIANIS, and     :
SHAWN A. BECKER,     :
    :
           Defendants.     :

---

## [PROPOSED] FINAL JUDGMENT AS TO DEFENDANT SHAWN A. BECKER

---

Defendant Shawn A. Becker having previously consented to the entry of

permanent injunctions and a bar from participating in any offering of penny stock,

waived trial of this matter, and "agree[d] that the Court shall order disgorgement of

ill-gotten gains, prejudgment interest thereon, and a civil penalty," in amounts

"determined by the Court upon motion of" the United States Securities and

Exchange Commission ("SEC" or "Commission") [Dkts. # 31, 33], the SEC

having filed a motion for remedies, and the Court having considered the motion:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant

is liable for disgorgement of $2,268,332.00, representing profits gained as a result

of the conduct alleged in the Complaint, together with prejudgment interest thereon

in the amount of $417,868.00, and a civil penalty in the amount of $2,268,332.00 [handwritten: $900,000.00]

pursuant to 15 U.S.C. §§ 77t(d)(2) and 78u(d)(3)(B). Defendant shall satisfy this

obligation by paying $4,954,532.00 [handwritten: $3,586,200.00] to the Securities and Exchange Commission

within 14 [handwritten: 90] days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which

will provide detailed ACH transfer/Fedwire instructions upon request. Payment

may also be made directly from a bank account via Pay.gov through the SEC

website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by

certified check, bank cashier's check, or United States postal money order payable

to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number,

and name of this Court; Shawn A. Becker as a defendant in this action; and

specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of

payment and case identifying information to the Commission's counsel in this

action.  By making this payment, Defendant relinquishes all legal and equitable

right, title, and interest in such funds and no part of the funds shall be returned to

2

Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: __8/21/2019__

_____
Stanley R. Chesler
UNITED STATES DISTRICT JUDGE